JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAGMAR GLOUTAK,                    )        Case No.  CV 11-6470 RNB
                                   )
                  Plaintiff,       )
                                   )        **J U D G M E N T**
         vs.                       )
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner of Social Security,   )
                                   )
                  Defendant.       )
_____)

    In accordance with the Order Affirming Decision of Commissioner filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.


DATED: <u>April 26, 2012</u>



_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE